UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR TORRES MARTINEZ,
                    Plaintiff(s)

            24 civ 9336 (JGK)

     -against-

THE UPTOWN GARRISON INC., et al,
                    Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, February 26, 2025, at 11:30am, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 19, 2025