```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

VICTOR TORRES MARTINEZ,                 24-cv-9336 (JGK)

            Plaintiff,          ORDER

    - against -

THE UPTOWN GARRISON INC., ET AL.,

           Defendants.

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The time for the defendant to answer was April 1, 2025. To date, no answer has been filed.

    The time for the defendant to answer or respond to the complaint is extended to **April 18, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **April 11, 2025**.

**SO ORDERED.**

Dated:    New York, New York
           April 4, 2025

                                      _____
                                      John G. Koeltl
                                 United States District Judge