```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------

VICTOR TORRES MARTINEZ,

            Plaintiff,

   - against -

THE UPTOWN GARRISON INC., ET AL.,

            Defendants.

-----------------------------------

24-cv-9336 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 25, 2025.

SO ORDERED.

Dated:   New York, New York
         April 14, 2025

                                                          John G. Koeltl
                                        United States District Judge