UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR TORRES MARTINEZ,

           Plaintiff,

    - against -

THE UPTOWN GARRISON INC., ET AL.,

           Defendants.

24-cv-9336 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the parties to submit a Rule 26(f) report was April 25, 2025. To date, the parties have failed to do so.

    The time for the parties to submit a Rule 26(f) report is extended to **May 9, 2025**. If the parties are unable to submit a Rule 26(f) report by that date, the plaintiff should submit a status update to the Court by that date. If the parties fail to submit a Rule 26(f) report by **May 9, 2025**, and the plaintiff fails otherwise to submit a status report by that date, this action may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           May 1, 2025

                                        John G. Koeltl
                                  United States District Judge