# STEPHEN D. HANS & ASSOCIATES, P.C.

LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**T:** 718.275.6700 • **F:** 718.275.6704

December 31, 2025

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

*Time to reopen the Case extended to 1/30/26. So ordered.*
*John G. Koeltl U.S.D.J.*
*1/8/26*

       **Re:**    Torres Martinez v. The Uptown Garrison Inc. et al
               Case No. 24-cv-09336-JGK

Dear Judge Koeltl:

      This firm represents the defendants in connection with the above-referenced action. I write to respectfully request an extension of time to file the settlement agreement.

      Pursuant to the Court Order (Dkt No. 20), the deadline to file a settlement agreement is today. Due to the holidays and previously planned vacations, the parties have been unable to finalize the settlement agreement. Accordingly, we respectfully request a 30-day extension to submit the settlement agreement so that the Court may enforce its terms.

      We thank the Court for its time and attention to this matter.

                          Respectfully Submitted,

                          /s/Stephen D. Hans

                          Stephen D. Hans (SH-0798)

cc:    Kayla Callahan, Esq. (via ecf)