UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
VICTOR TORRES MARTINEZ and
RAFAEL TORRES MARTINEZ,                                    Case No. 1:24-cv-09336-JGK

                          Plaintiff,

                                                          ~~PROPOSED~~ JUDGMENT
                                                          PURSUANT TO F.R.C.P.
                                                          RULE 68
                          -against-


THE UPTOWN GARRISON INC. and
KALKIN NARVILAS,

                          Defendants.
--------------------------------------------------------------X

WHEREAS, on February 9, 2026, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants THE UPTOWN GARRISON INC. and KALKIN NARVILAS ("collectively, "Defendants") extended to Plaintiffs VICTOR TORRES MARTINEZ and RAFAEL TORRES MARTINEZ , an offer of judgment against them, in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of all costs and fees, including all attorneys' fees;

WHEREAS, on February 10, 2026, Plaintiffs accepted Defendants' Offer of Judgment;

IT IS **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs and against Defendants in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00).

Dated: New York, New York
_____2/24_____, 2026

                                        _____
                                        Hon. John G. Koeltl, U.S.D.J.

_The Clerk is requested to enter Judgment and to close this case. So ordered,_
_John G Koeltl / U.S.D.J._

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR TORRES MARTINEZ and
RAFAEL TORRES MARTINEZ,

Case No. 1:24-cv-09336-JGK

Plaintiff,

-against-

**NOTICE OF PLAINTIFF'S
ACCEPTANCE OF DEFENDANTS'
OFFER OF JUDGMENT PURSUANT
TO F.R.C.P. RULE 68**

THE UPTOWN GARRISON INC. and
KALKIN NARVILAS,
                    Defendants.
-------------------------------------------------------------X

Plaintiffs VICTOR TORRES MARTINEZ and RAFAEL TORRESS MARTINEZ ("Plaintiffs"), through their undersigned counsel, hereby notifies the Court that on or about February 10, 2026, said Plaintiffs accepted an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, of Defendants THE UPTOWN GARRISON INC. and KALKIN NARVILAS, (collectively, "Defendants") in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), extended on or about February 9, 2026. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's acceptance of said Offer of Judgment; (c) Proof of Service of (1) the Defendants' Offer of Judgment and (2) Plaintiff's acceptance of said Offer of Judgment; and (d) a Proposed Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated: New York, New York

February 20, 2026

**Akin Law Group PLLC**

*/s/ Kayla S. Callahan*
Kayla S. Callahan
45 Broadway, Suite 1420
New York, New York 10006
(212) 825-1400

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

VICTOR TORRES MARTINEZ and
RAFAEL TORRES MARTINEZ,                                    Case No. 1:24-cv-09336-JGK

           Plaintiff,

                                             **RULE 68 OFFER OF JUDGMENT**

    -against-

THE UPTOWN GARRISON INC. and
KALKIN NARVILAS,

           Defendants.
------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendants THE

UPTOWN GARRISON INC. and KALKIN NARVILAS, (collectively, "Defendants"), by their

attorneys Stephen D. Hans & Associates, P.C., hereby offer to allow judgment be entered against

them in this action in favor of Plaintiffs VICTOR TORRES MARTINEZ and RAFAEL TORRES

in the sum of Ten Thousand Dollars and Zero Cents ($10,000.00) in full and final resolution of all

of Plaintiffs' claims for relief including, without limitation, claims for unpaid wages, overtime,

liquidated damages, statutory damages, punitive damages, emotional damages, interest, costs, fees,

reasonable attorneys' fees and costs, and all other sums or expenses arising out of or otherwise

related to the allegations in this action. If Plaintiffs accept this Offer of Judgment, Defendants shall

pay the sum of $10,000.00.

This Offer of Judgment is made for the purposes specified in Rule 68, and is not to be

construed as an admission that the Defendants are liable in this action, or that Plaintiffs have

suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendants from any and all claims that have been alleged or could have been alleged by Plaintiffs in this action, including, without limitation, any and all claims under the New York labor Law, Fair Labor Standards Act. Pursuant to Rule 68, this Offer of Judgment shall be deemed withdrawn unless Plaintiffs serve written notice of their acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Upon receipt of the full payment, Plaintiffs' counsel will file a Satisfaction of Judgment with the Court. This Offer of Judgment shall not be filed with the court unless accepted. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated:  New York, New York
February 9, 2026

STEPHEN D. HANS & ASSOCIATES, P.C.

By:  _/s/ Stephen D. Hans_____
Stephen D. Hans
30-30 Northern Blvd, Suite 401
Long Island City, New York 11101
(718) 275-6700
*Attorneys for Defendants*

TO:  AKIN & SALAMAN PLLC
Kayla S. Callahan
45 Broadway Suite 1420
New York, New York 10006
Tel.: (212) 825-1400
Kayla@akinlaws.com
*Attorneys for Plaintiff*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR TORRES MARTINEZ and
RAFAEL TORRES MARTINEZ,

                    Case No. 1:24-cv-09336-JGK

           Plaintiff,

                    **PLAINTIFFS' ACCEPTANCE OF**
    -against-                    **DEFENDANTS' OFFER OF**
                    **JUDGMENT PURSUANT TO**
                    **F.R.C.P. RULE 68**


THE UPTOWN GARRISON INC. and
KALKIN NARVILAS,

           Defendants.
-------------------------------------------------------------X


Plaintiffs, VICTOR TORRES MARTINEZ and RAFAEL TORRES ("Plaintiffs"), by and

through undersigned counsel, hereby accepts the Offer of Judgment extended, pursuant to Rule 68

of the Federal Rules of Civil Procedure ("Rule 68"), on or about February 9, 2026, by Defendants

THE UPTOWN GARRISON INC. and KALKIN NARVILAS, (collectively, "Defendants") in the

amount of Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of all costs and fees,

including all attorneys' fees.

Dated: February 10, 2026

                    **Akin & Salaman PLLC**

                    */s/ Kayla S. Callahan*
                    Kayla S. Callahan
                    45 Broadway, Suite 1420
                    New York, New York 10006
                    (212) 825-1400

                    *Counsel for Plaintiffs*